JOSEPH M. TOBANI, as Administrator with the Will Annexed of the Estate of HELENE M. TOBANI, Deceased, et al., Respondents, *v.* CARL FISCHER, INC., Appellant.

Argued October 22, 1942; decided December 3, 1942.

*A. S. Gilbert, Francis Gilbert* and *Godfrey Cohen* for appellant.
*Benjamin J. Jacobson* and *Sydney Rosenthal* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., FINCH, RIPPEY, LEWIS and CONWAY, JJ. Dissenting: LOUGHRAN and DESMOND, JJ.